UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.L., by and through her next friend, T.L.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EAST VALLEY SCHOOL DISTRICT NO. 361, Spokane County, State of Washington; DR. DEBRA HOWARD, in her official capacity as Interim Superintendent of East Valley School District; and JEFF MILLER, in his official capacity as principal of East Valley High School,<br><br>　　　　Defendants. | NO. CV-08-90-EFS<br><br>**ORDER OF DISMISSAL** |

　　By Stipulation filed May 30, 2008 (Ct. Rec. 24), the parties advised the Court that the above-captioned matter should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

　　Therefore, **IT IS ORDERED**:

　　1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice**;

　　2. All pending trial and hearing dates are stricken;

　　3. All pending motions are denied as moot; and

　　4. This file shall be closed.

ORDER * 1

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and distribute copies to counsel.

   **DATED** this ___3rd___ day of June 2008.

3

4
                          S/ Edward F. Shea
5                         EDWARD F. SHEA
                     United States District Judge
6

7 Q:\Civil\2008\90.Stip.Dismiss.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2